UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS McKENNA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, MICHAEL J. MUELLER, ROBERT C. HAGERTY, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES, INC. and RBC DOMINION SECURITIES INC.,<br><br>Defendants. | No. 11-CV-00583<br><br>Judge Edmond E. Chang |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust hereby voluntarily dismisses Morgan Stanley & Co. Incorporated, Deutsche Bank Securities, Inc. and RBC Dominion Securities Inc. (the "Underwriter Defendants") from this action pursuant to Federal Rule of Civil Procedure 41(a)(1) without prejudice and without costs. This voluntary dismissal of claims against the Underwriter Defendants is not intended to affect Lead Plaintiff's claims in this case against any Defendant other than the Underwriter Defendants.

Dated: August 19, 2011

                                      BERNSTEIN LITOWITZ BERGER
                                        &amp; GROSSMANN LLP

                                        By: /s/ Avi Josefson
                                        Avi Josefson
                                        2835 N. Sheffield Avenue, Suite 409
                                        Chicago, Illinois 60657
                                        Telephone: (773) 883-5382
                                        Facsimile: (212) 554-1444
                                        avi@blbglaw.com
                                        Illinois Bar No. 6272453

*Counsel for Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust and Lead Counsel for the Class*