Thomas McKenna
                                     Plaintiff,

v.                                                                   Case No.: 1:11−cv−00583
                                                                               Honorable Edmond E. Chang

Smart Technologies, Inc., et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 24, 2011:

       MINUTE entry before Honorable Edmond E. Chang:Defendants' venue−transfer motion [41] is under advisement. Status hearing of 08/25/11 is reset to 09/15/11 at 8:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.