Thomas McKenna
                              Plaintiff,

v.                                                         Case No.: 1:11−cv−00583
                                                                Honorable Edmond E. Chang

Smart Technologies, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 13, 2011:

       MINUTE entry before Honorable Edmond E. Chang: Defendants' venue−transfer motion [41] is still under advisement. Status hearing of 09/15/11 is reset to 10/05/11 at 8:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.