**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Thomas McKenna
                                  Plaintiff,

v.                                                        Case No.: 1:11−cv−00583
                                                                  Honorable Edmond E. Chang

Smart Technologies, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 5, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Discussion held on the motion to transfer venue. A ruling on the motion to transfer will be issued promptly. Amended complaint to be filed on or before 11/04/2011. Status hearing held on 10/19/11 at 9:15 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.