# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Edmond E. Chang | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 583 | **DATE** | 10/11/2011 |
| **CASE TITLE** | Mckenna, et al. Vs. Smart Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The minute order [76] dated 10/06/2011 is stricken. The appearance of Nathan P. Eimer is to be placed back on the docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|