

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
 **CLERK** (312) 435-5691

October 28, 2011

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

**RE:** McKenna et al v. Smart Technologies, Inc. et al
**Case No:** 11-cv-00583

Dear Clerk:

Pursuant to the order entered by Honorable Edmond E. Chang on October 14, 2011, the above record

■ was electronically transmitted to USDC for the Southern District of New York.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,
**Michael W. Dobbins, Clerk**

By: /s/ Eunice M. Tejeda
Deputy Clerk

New Case No. _____  Date _____

cc: Non-ECF Attorneys and Pro se Parties